LUCY A. MARSH, Respondent, *v.* THE TOWN OF BELFAST,
Appellant.

*Marsh* v. *Town of Belfast,* 155 App. Div. 944, affirmed.
(Argued January 15, 1915; decided February 2, 1915.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered March 19, 1913, reversing a judgment in favor
of defendant entered upon a dismissal of the complaint
by the court at a Trial Term and granting a new trial in
an action to recover for personal injuries alleged to have
been sustained by plaintiff through the negligence of the
defendant in failing to guard an excavation contiguous to
a highway.

*M. B. Jewell* for appellant.

*D. D. Dickson* for respondent.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts; no
opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN,
CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.